UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62218-CV-DIMITROULEAS

ANIUSKA TORRES NARANTO,

    Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING AS MOOT

THIS CAUSE is before the Court on the Return to Habeas Petition and Incorporated Motion to Dismiss as Moot, filed November 18, 2025. [DE 5]. The Court is otherwise fully advised in the premises. The Court agrees that Petitioner's release from custody and her subsequent voluntary departure from the United States pursuant to the order of the Immigration Judge renders her Habeas Petition moot.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** as follows that:

1. The Petition is **DISMISSED** as **MOOT**.

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 18th day of November, 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record and *pro se* parties